# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DERIVE POWER, LLC and DISHANTH NAGARAJAIAH,

        Plaintiffs,

v.   Case No:  6:19-cv-240-Orl-40DCI

SECRETARY, DEPARTMENT OF HOMELAND SECURITY, DIRECTOR, CITIZENSHIP AND IMMIGRATION SERVICES and DIRECTOR, CALIFORNIA SERVICE CENTER, CITIZENSHIP AND IMMIGRATION SERVICES,

        Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Stipulation of Dismissal (Doc. 20), filed August 5, 2019. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants are **DISMISSED**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on August 6, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties